# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAIMEON MOSLEY, Individually, | |
| Plaintiff, | Case No.: 2:18-cv-13403-BAF-RSW |
| v. | District Judge: Bernard A. Friedman |
| HOMEGOODS, INC., | Magistrate Judge: R. Steven Whalen |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Daimeon Mosley, and Defendant, HomeGoods, Inc., hereby give notice that the Parties have reached a settlement of all claims and matters in this case. Respectfully, the Parties request that all pending deadlines be stricken, and request 30 days to file a stipulated form of dismissal with the Court.

**SUBMITTED: February 13, 2019**

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HOMEGOODS, INC. | DAIMEON MOSLEY |
| By: /s/ *Kevin A. Fritz* <br> Kevin A. Fritz <br> SEYFARTH SHAW LLP <br> 233 S. Wacker Dr., Suite 8000 <br> Chicago, IL 60606-6448 <br> Telephone: (312) 460-5000 <br> Facsimile: (312) 460-7000 <br> kfritz@seyfarth.com | By: /s/ *George T. Blackmore* <br> George T. Blackmore <br> BLACKMORE LAW PLC <br> 21411 Civic Center Drive, Suite 200 <br> Southfield, MI 48076 <br> Telephone: 248-845-8594 <br> Facsimile: 855-744-4419 <br> george@blackmorelawplc.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Kevin A. Fritz, an attorney, do hereby certify that, on February 13, 2019, I caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>George T. Blackmore
>BLACKMORE LAW PLC
>21411 Civic Center Drive, Suite 200
>Southfield, MI 48076
>Telephone: 248-845-8594
>Facsimile: 855-744-4419
>george@blackmorelawplc.com

>*/s/ Kevin A. Fritz*